xUNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYRI JONATHAN CUSHCAGUA CAHUASQUI, et al., <br><br> Plaintiffs. <br><br> v. <br><br> TP PHAM LLC, et al., <br><br> Defendants. | Case No. 23-cv-05207-DMR <br><br> **ORDER GRANTING PLAINTIFFS' APPLICATIONS TO PROCEED IN FORMA PAUPERIS** <br><br> Re: Dkt. Nos. 2, 3, 4, 5 |

Plaintiffs have filed Applications to Proceed *In Forma Pauperis*. [Docket Nots. 2, 3, 4, 5.] Having considered the applications and complaint, the Court hereby **GRANTS** Plaintiffs' applications. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiffs' affidavits and this order upon Defendants.

While this case is pending, Plaintiffs must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: January 16, 2024

_____
DONNA M. RYU
Chief Magistrate Judge